**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
STANLEY TAYLOR,

                Plaintiff,

-against-                          17 **CIVIL** 5522 (LTS)

                                                **JUDGMENT**

CITY OF NEW YORK ADMINISTRATION FOR
CHILDREN SERVICES and KIM TAYLOR,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated March 30, 2021, the Defendants' motion to dismiss the Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) is granted, with prejudice. The Second Amended Complaint is dismissed, and the case is closed.

**Dated:**  New York, New York

      March 30, 2021

                                                        **RUBY J. KRAJICK**
                                                         _____
                                                          **Clerk of Court**
                                    **BY:**
                                                             **Deputy Clerk**