UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

STANLEY TAYLOR,

Plaintiff,

-v-

No. 17-CV-5522-LTS

CITY OF NEW YORK ADMINISTRATION FOR CHILDREN SERVICES and KIM TAYLOR,

Defendants.

-------------------------------------------------------x

ORDER

Pursuant to Rule 60(b)(4) of the Federal Rules of Civil Procedure, pro se plaintiff Stanely Taylor ("Plaintiff") moves to vacate this Court's March 30, 2021, Memorandum Opinion and Order dismissing Plaintiff's Amended Complaint on grounds of collateral estoppel. (Docket entry no. 65); see Taylor v. City of N.Y. Admin. for Child. Servs., No. 17-cv-5522-LTS, 2021 WL 1199492 (S.D.N.Y. Mar. 30, 2021). Plaintiff argues that "[t]he dismissal was based on an erroneous application of res judicata and collateral estoppel stemming from a prior Article 78 proceeding, which lacked jurisdiction over retaliation, discrimination, and federal constitutional claims." (Docket entry no. 65, at 2.) For the reasons stated in the Memorandum Opinion and Order, that argument is incorrect. See Taylor, 2021 WL 1199492, at *4-5; Davis v. Jackson, No. 15-cv-5359-KMK, 2018 WL 358089, at *8 (S.D.N.Y. Jan. 8, 2018) ("[I]t is well established that a judgment in an Article 78 proceeding precludes relitigation of those issues already decided in that judgment." (citation omitted)).

Even if Plaintiff were correct, his motion is untimely. Rule 60(c)(1) provides that a Rule 60(b) motion "must be made within a reasonable time." The Supreme Court has recently clarified that even for motions alleging voidness under Rule 60(b)(4), the reasonable-time limit of Rule 60(c)(1) still applies. Coney Island Auto Parts Unlimited, Inc. v. Burton, 607 U.S. 155, 161-62 (2026). Plaintiff offers no explanation for the delay in filing his motion, which comes more than five years after entry of the judgment he now challenges as void. In the absence of any such explanation, as well as the absence of any circumstances otherwise justifying a prolonged delay, the Court finds that Plaintiff's motion was not made within a reasonable time as required by Rule 60(c)(1).

For the foregoing reasons, Plaintiff's motion is denied. This Order resolves docket entry no. 65. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the address below and note service on the docket.

SO ORDERED.

Dated: New York, New York
July 15, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

Mail to:

Stanley Taylor
81 North Portland Avenue
Apt. 12H
Brooklyn, NY 11205